IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE AVET,<br>    Plaintiff,<br><br>v.<br><br>THOMAS J. DART, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)   No. 21-cv-2354<br>)<br>)   Judge Steven C. Seeger<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR ON BEHALF OF THE PLAINTIFF

Now comes the undersigned and moves this Court for leave to appear on behalf of the plaintiff, George Avet. In support of this motion, movant states as follows:

1. The above captioned case is a closed case.

2. The undersigned seeks leave to file his appearance in order to represent the plaintiff regarding a motion seeking to seal and/or redact orders dated December 10, 2021 and July 28, 2022, containing health related information concerning the plaintiff.

Wherefore, the undersigned prays that he be granted leave to appear on behalf of the plaintiff, George Avet.

Respectfully submitted,

/s/ Thomas C. Crooks
Attorney for Plaintiff

Thomas C. Crooks, #11040
Law Office of Thomas C. Crooks
70 West Madison Street, Suite 1950
Chicago, Illinois 60602-4298
Office: (312) 641-2260
Fax: (312) 641-5220
Email: tcrooks@barristers.com