# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

George Avet

                Plaintiff,

v.

                                 Case No.:
1:21−cv−02354

Honorable Steven C. Seeger

Thomas J. Dart, Sheriff of Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

       MINUTE entry before the Honorable Steven C. Seeger: Counsel's motion for leave to appear for the purpose of filing a motion to seal (Dckt. No. [45]) is hereby granted. The motion to redact (Dckt. No. [46]) is hereby denied. Plaintiff Avet asks this Court to redact portions of its opinions dated December 10, 2021 and July 28, 2022. Plaintiff is concerned that a future employer might reject him if it learned that Plaintiff had sued a past employer. That's one of the costs of bringing a lawsuit. Plus, the cat is already out of the bag. Also, there is a strong public interest in transparency when it comes to courts. A plaintiff who comes to the courthouse and seeks relief should expect public disclosure of the reasons for a court's decision, absent exceptional circumstances. And here, the Court sees none. If the opinions included personal identifying information (like a Social Security number) or something along those lines, then the Court would consider the request. But that's not the type of information at issue. The opinions do make a general reference to medical issues, but that type of general reference to a medical condition is not the sort of thing that requires hiding the information from the public. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.